UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN TOPP,

    Petitioner,	Case No. 08-cv-11748

v.	Honorable Patrick J. Duggan

SHERRY BURT,

    Respondent.
_____/

## JUDGMENT

Petitioner John Jerome Topp is in the custody of the Michigan Department of Corrections under authority of an April 29, 2006 Genesee County Circuit Court Judgment of Sentence imposing a sentence of five to fifteen years.  Petitioner's sentence was imposed following his plea of no contest to third-degree criminal sexual conduct on March 21, 2006.  Petitioner seeks federal habeas relief pursuant to 28 U.S.C. § 2254, claiming that the trial court erroneously denied his motion to withdraw his plea.  In an Opinion and Order entered on this date, the Court held that Petitioner is not entitled to relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE**.

Date:  March 28, 2011

                                        s/PATRICK J. DUGGAN
                                        United States District Judge

Copies to:
John Topp
#600348
Ionia Maximum Correctional Facility
1576 W. Bluewater Highway
Ionia, MI 48846

John Topp
#600348
Charles Egeler Reception and Guidance Center
3855 Cooper St.
Jackson, MI   49201

AAG John S. Pallas